UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


Christina Madrigal,                                    Case No. 15-cv-2314

                    Plaintiff

          v.                                           MEMORANDUM OPINION


Commissioner of Social Security,

                    Defendant


Pending before me is the Report and Recommendation of Magistrate Judge William H.

Baughman, Jr. filed on December 28, 2016, in the above-captioned action.  (Doc. No. 24).  Under

the relevant statute:

> Within fourteen (14) days after being served a copy of these proposed Findings and
> Recommendation, any party who wishes to object must file and serve written
> objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C.A. §

636(b)(1).  On January 11, 2017, the Commissioner filed a response to the Report and

Recommendation indicating it had no objections.  (Doc. No. 25).

Following review of the Magistrate Judge's Report and Recommendation and in the absence

of any objections, I adopt the Report and Recommendation in its entirety as the Order of the Court.

The Commissioner's decision of no disability is not supported by substantial evidence.  Accordingly,

the decision of the Commissioner is reversed and the matter remanded for further proceedings.


          So Ordered.

                                        s/Jeffrey J. Helmick_____
                                        United States District Judge